JOHN W. HUBER, United States Attorney (#7226)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682



## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY THOMAS MURDZAK, <br><br> Defendant. | INDICTMENT <br><br> VIOS: 18 U.S.C. § 2113(a), Bank Robbery <br><br> Case: 1:19-cr-00071 <br> Assigned To : Nielson, Howard C., Jr <br> Assign. Date : 7/10/2019 <br> Description: USA v. Murdzak |

The Grand Jury charges:

### COUNT I
### Bank Robbery (18 U.S.C. § 2113(a))

On or about June 4, 2019, in the Northern Division of the District of Utah,

ANTHONY MURDZAK,

defendant herein, by force, violence, and intimidation, did take from the person and presence of a teller, money belonging to and in the care, custody, control, management and possession of the Wells Fargo Bank, 4301 South Harrison Boulevard, Ogden, Utah, the deposits of which were then insured by the Federal Deposit Insurance Corporation; in violation of 18 U.S.C. § 2113(a).

## COUNT II
### Bank Robbery (18 U.S.C. § 2113(a))

On or about June 24, 2019, in the Northern Division of the District of Utah,

ANTHONY MURDZAK,

defendant herein, by force, violence, and intimidation, did take from the person and presence of a teller, money belonging to and in the care, custody, control, management and possession of the Wells Fargo Bank, 4301 South Harrison Boulevard, Ogden, Utah, the deposits of which were then insured by the Federal Deposit Insurance Corporation; in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY


JOHN W. HUBER
United States Attorney


*/s/ Veda M. Travis*
VEDA M. TRAVIS
Assistant United States Attorney